By the order on appeal, the court granted plaintiff's motion for leave to renew and, upon renewal, adhered to its prior decision. We reverse the order insofar as appealed from.

The court granted summary judgment in favor of defendant on a ground not raised by defendant in support of its motion, i.e., that the underlying contract between plaintiff and the New York State Thruway Authority (Thruway Authority) required that the plantings be maintained for only one year. In doing so, the court determined that it need not reach the issues raised by the parties. We agree with plaintiff that defendant was not entitled to summary judgment on that ground. Although the general terms of the Thruway Authority's specifications required that the plantings be maintained for a one-year "Period of Establishment," the specific bid provisions governing that contract required the obligor to maintain them for a two-year period. "Where there are general and special provisions relating to the same thing, the special provisions control, even if there is an inconsistency between the special provisions and the general provisions" (22 NY Jur 2d, Contracts § 254). Furthermore, "[w]here two documents are to be construed—one specifically prepared for the transaction in question and the other a general form—the former takes precedence as to all provisions [that] are repugnant in the two documents" (*Teal v Place*, 85 AD2d 788, 789 [1981]). We thus conclude that the court erred in determining the motion and cross motion on that ground. Because the court "did not consider the merits of the motion [or cross motion on the grounds raised by the parties], the matter must be remitted to . . . Supreme Court . . . for such a determination" (*Edith Bolte Kutz Trust v Atlantic Coast Constr., LLC*, 32 AD3d 377, 378 [2006]). Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.

In the Matter of PAUL E. SKAVINA, an Attorney, Respondent. [832 NYS2d 833]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Apr. 4, 2007.)

In the Matter of MARC J. HOPKINS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 833]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Apr. 4, 2007.)

In the Matter of STANISLAW F. MROCZKA, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 849]—Order entered granting motion for default.

Same memorandum as in *Matter of Mroczka* (39 AD3d 1285 [2007]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ In the Matter of STANISLAW F. MROCZKA, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 849]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Zankowski*, 37 AD3d 1206; *Matter of Swartz*, 34 AD3d 1369 [2006]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ In the Matter of STANISLAW F. MROCZKA, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 849]—Motion for order suspending respondent pursuant to 22 NYCRR 1022.20 (e) denied as unnecessary. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HORACE, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra and Lunn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD C. BRINK, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE GREEN, JR., Also Known as JOSEPH GREEN, JR., Appellant. [833 NYS2d 422]—Motion for writ of error coram nobis denied. Present—Gorski, J.P., Smith, Lunn and Pine, JJ.

■ BI-ECONOMY MARKET, INC., Appellant, v HARLEYSVILLE INSURANCE COMPANY OF NEW YORK et al., Respondents. [833 NYS2d 422]—Motion for leave to appeal to the Court of Appeals granted. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

■ OPTIC PLUS ENTERPRISES, LIMITED, Appellant, v BAUSCH & LOMB INCORPORATED et al., Respondents. (Appeal No. 1.) [833